```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07203
    FRANK R SALAZAR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4669

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/20/2006 and was confirmed 10/16/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 10/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
FREMONT INVESTMENT & LOA  CURRENT MORTG          .00             .00              .00
FREMONT INVESTMENT & LOA  MORTGAGE ARRE      9956.89             .00          9956.89
FUTURE FINANCE            SECURED           15484.00          699.19         15484.00
FUTURE FINANCE            UNSECURED             .19             .00              .19
INTERNAL REVENUE SERVICE  UNSECURED         21801.97             .00         21801.97
TARGET                    UNSECURED         NOT FILED           .00              .00
AMERICREDIT FINANCIAL SE  UNSECURED         NOT FILED           .00              .00
SBC                       UNSECURED         NOT FILED           .00              .00
FORD MOTOR CREDIT         UNSECURED         NOT FILED           .00              .00
NICOR GAS                 UNSECURED         NOT FILED           .00              .00
MARGARITA SALAZAR         NOTICE ONLY       NOT FILED           .00              .00
THOMAS W LYNCH            DEBTOR ATTY        2,415.00                         2,415.00
TOM VAUGHN                TRUSTEE                                             3,303.14
DEBTOR REFUND             REFUND                                             10,709.09

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              64,369.47

PRIORITY                                         .00
SECURED                                    25,440.89
   INTEREST                                   699.19
UNSECURED                                  21,802.16
ADMINISTRATIVE                              2,415.00
TRUSTEE COMPENSATION                        3,303.14
DEBTOR REFUND                              10,709.09
                   --------------        --------------
TOTALS               64,369.47             64,369.47


                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 07203 FRANK R SALAZAR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 06 B 07203 FRANK R SALAZAR
```